**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____X
                                       :    Chapter 11
                                       :
In re:                                 :    Case No.: 20-11007 (MG)
                                       :
20 East 76th Street Co., LLC,          :
                                       :
            Debtor.                    :
_____X

**ORDER: (I) GRANTING THE INVOLUNTARY CHAPTER 11 PETITION AND (II) CONVERTING CASE TO CHAPTER 7, *SUA SPONTE***

Upon *the Involuntary Petition Against 20 East 76th Street Co., LLC* (ECF Doc. # 1) (the "Petition"); the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); venue of this case (the "Case") and the Petition in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; it appearing that proper and adequate notice of the Petition has been given and that no other or further notice is necessary; this Court having reviewed the pleadings filed in the Case; this Court having held a hearing to consider the relief requested in the Petition; any objections to the Petition having been overruled; and based upon the record and for the reasons set forth at the hearing

**IT IS HEREBY ORDERED THAT:**

1.  The Petition is GRANTED as set forth herein.

2.  An order for relief under chapter 11 is entered in the Case.

3.  Under section 105(a) of the Bankruptcy Code, the Court, *sua sponte*, finds that "cause" exists pursuant to section 1112(b) of the Bankruptcy Code and converts the Case to a case under chapter 7.

[*Remainder of Page Intentionally Left Blank*]

2

4. Given the exigencies, the United States Trustee shall appoint a chapter 7 trustee immediately forthwith.

**IT IS SO ORDERED.**

Dated: July 10, 2020
      New York, New York

                                     **/s/ Martin Glenn**
                                     MARTIN GLENN
                          United States Bankruptcy Judge